IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-10046
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JESUS ANTONIO TRONDEL-PENA,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:94-CR-25-A(1)
- - - - - - - - - -

August 23, 1995

Before KING, JOLLY, and WIENER, Circuit Judges.

PER CURIAM:[*]

Jesus Antonio Trondel-Pena appeals his sentence for being found in the United States after deportation from this country. United States v. Vasquez-Olvera, 999 F.2d 943, 945-47 (5th Cir. 1993), cert. denied, 114 S. Ct. 889 (1994), conclusively decides the one issue raised on appeal. Accordingly, Trondel-Pena's sentence is

---

[*] Local Rule 47.5 provides: "The publication of opinions that have no precedential value and merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession." Pursuant to that Rule, the court has determined that this opinion should not be published.

AFFIRMED.